**JORDAN K. CAMERON (12051)**
  *jcameron@hjslaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JDI DATING, LTD; WILLIAM MARK THOMAS,<br><br>Defendants. | **APPLICATION FOR WRIT OF EXECUTION**<br><br><br>Case No.: 2:17cv00163 DB<br><br>Judge Dee Benson |

COMES NOW Plaintiff ZooBuh, Inc. ("ZooBuh") and hereby applies for a Writ of Execution against the judgment debtor, JDI DATING, LTD's ("JDI") personal property pursuant to Fed. R. Civ. P. 69 and Utah R. Civ. P. 64E.

1. On August 29, 2017, this Court entered judgment against JDI in the amount of $3,784,850. *See* Default Judgment [ECF 11].

2. The amount due on the judgment is $3,784,850, plus post-judgment interest at the rate of 2.87% per annum. The total judgment amount remains due.

3. The judgment debtor is JDI Dating, Ltd.

4. The property to be seized consists of web domains owned by JDI Dating, Ltd., specifically:

cupidswand.com findmelove.com flirtcrowd.com

jdidating.com justhookup.com

5. The aforementioned domains, though not technically physical property, are located with the domain registry, VeriSign, Inc. located at 12061 Bluemont Way, Reston, VA 20190.

6. The aforementioned web domains only have value to the judgment debtor and do not have value on a secondary market.

7. The value of the web domains, if any, is less than the judgment amount.

8. Plaintiff respectfully requests that a Writ of Execution be issued directing the U.S. Marshal to seize and sell the aforementioned web domains to satisfy part or all of the judgment.

9. Given that Defendant resides in the United Kingdom and defaulted on the Complaint filed in this action, Plaintiff respectfully requests that the Court permit service of the Writ of Execution along with the Notice of Execution, Exemptions, and Right to a Hearing and Request for Hearing form via mail to the address where Plaintiff was served. Plaintiff will return proof of service to this Court.

10. The following may claim an interest in the subject property:

**JDI Dating, Ltd.**
**Flat 15**
**1 Gunwharf Quays**
**Portsmouth**
**PO1 3FR**
**United Kingdom**

DATED this 12th day of September, 2017.

                                            DURHAM JONES & PINEGAR, P.C.

                                            /s/ Jordan K. Cameron
                                            Jordan K. Cameron
                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF MAILING**

The undersigned hereby certifies that on the 12th day of September 2017, she caused a true and correct copy of the foregoing to be delivered to the following:

**JDI Dating, Ltd.**
**Flat 15**
**1 Gunwharf Quays**
**Portsmouth**
**PO1 3FR**
**United Kingdom**

Sent Via:
_____ Hand -Delivery
_____ Facsimile
\_\_X\_\_\_ Mailed (postage pre-paid)

                                            /s/ Kim Altamirano_____
                                            Kim Altamirano