**JORDAN K. CAMERON (12051)**
 *jcameron@hjslaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N. Thanksgiving Way, Suite 400
Lehi, UT 84043
Telephone: (801) 375-6600
Fax: (801)375-3865

*Attorneys for Plaintiff ZooBuh, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>JDI DATING, LTD; WILLIAM MARK THOMAS,<br><br>    Defendants. | **APPLICATION FOR WRIT OF EXECUTION**<br><br><br><br>Case No.:  2:17cv00163 DB<br><br>Judge Dee Benson |

1.      On August 29, 2017, this Court entered judgment against JDI in the amount of $3,784,850.  *See* Default Judgment [ECF 11].

2.      The amount due it $3,783,850 plus post-judgment interest.

3.      The judgment debtor is:

    JDI Dating, Ltd.
    Flat 15
    1 Gunwharf Quays
    Portsmouth
    PO1 3FR
    United Kingdom

4.      I request that a *Writ of Execution* be issued directing the U.S. Marshal to seize and sell enough of the judgment debtor's property described below to satisfy the judgment. I request that the Writ be served on the people named in Paragraph 5 via mail and email.

5.      I request that the Writ of Execution direct the U.S. Marshal to seize and sell the debtor's following personal property:

| Description | Location | Estimated Value | Name & Address of anyone other than debtor claiming an interest |
|---|---|---|---|
| fmlcharge.com<br>fmlpayment.com<br>getflirting.com<br>hookupfix.com<br>jdicharge.com<br>jdipayment.com<br>loadedguys.com<br>naughtyover40.com<br>passionlocal.com<br>pleasurecircles.com<br>social-bill.com<br><br>The foregoing is intangible property that may be in the form of Certificates.  If no certificates exist to be seized, the property can be sold through identification only. | eNom, Inc.<br>legal@enom.com<br>5808 Lake Washington Blvd. NE, Suite 201<br>Kirkland, WA 98033 | Unknown but less than the judgment amount | None |

6.      Given that Defendant resides in the United Kingdom and defaulted on the *Complaint* filed in this action, Plaintiff respectfully requests that the Court permit service of the Writ of Execution along with the Notice of Execution, Exemptions, and Right to a Hearing and Request for Hearing form via mail to the address where Plaintiff was served.  Plaintiff will return proof of service to this Court.

7.      I have not included any non-public information in this document.

DATED this 12th day of April, 2018.

                                                    DURHAM JONES & PINEGAR, P.C

                                                    /s/ Jordan Cameron
                                                    Jordan K. Cameron
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 12th day of April 2018, she caused a true and correct copy of the foregoing to be delivered to the following:

**JDI Dating, Ltd.**
**Flat 15**
**1 Gunwharf Quays**
**Portsmouth**
**PO1 3FR**
**United Kingdom**

Sent Via:
_____ Hand -Delivery
_____ Facsimile
\_\_X\_\_\_ Mailed (postage pre-paid)

                                                       \_/s/ Kim Altamirano_____
                                                     Kim Altamirano